PRUDENTIAL FEDERAL SAVINGS & LOAN ASSOCI-
ATION *v.* FLANIGAN

No. A–229.   Decided September 25, 1986

JUSTICE REHNQUIST, Circuit Justice.

The application for a writ of injunction pending appeal is denied.   The constitutional issues addressed in the application were not properly presented to the Montana Supreme Court until the applicants filed for rehearing.   The court denied the petition for rehearing without comment, consistent with its practice of refusing to consider issues not pressed at each stage of the litigation.   See *Femling* v. *Montana State University*, —— Mont. ——, 713 P. 2d 996, 999 (1986); *Dodd* v. *East Helena*, 180 Mont. 518, 523, 591 P. 2d 241, 244 (1979). Under these circumstances, the claims presented by the applicants are not properly before me.   "Questions first presented to the highest State court on a petition for rehearing come too late for consideration here . . . ."   *Radio Station WOW, Inc.* v. *Johnson*, 326 U. S. 120, 128 (1945).

*Denied.*

## STATEMENT SHOWING THE NUMBER OF CASES FILED, DISPOSED OF, AND REMAINING ON DOCKETS AT CONCLUSION OF OCTOBER TERMS 1983, 1984, AND 1985

| Terms | ORIGINAL | | | PAID | | | IN FORMA PAUPERIS | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1983 | 1984 | 1985 | 1983 | 1984 | 1985 | 1983 | 1984 | 1985 | 1983 | 1984 | 1985 |
| Number of cases on dockets | 18 | 15 | 10 | 2,688 | 2,575 | 2,571 | 2,349 | 2,416 | 2,577 | 5,100 | 5,006 | 5,158 |
| Number disposed of during terms | 7 | 8 | 2 | 2,148 | 2,175 | 2,095 | 1,985 | 2,078 | 2,178 | 4,140 | 4,261 | 4,275 |
| Number remaining on dockets | 11 | 7 | 8 | 540 | 400 | 476 | 409 | 338 | 399 | 960 | 745 | 883 |

| | TERMS | | |
|---|---|---|---|
| | 1983 | 1984 | 1985 |
| Cases argued during term | 184 | 175 | 171 |
| Number disposed of by full opinions | 174 | 159 | 161 |
| Number disposed of by per curiam opinions | 6 | 11 | 10 |
| Number set for reargument | 4 | 5 | 1 |
| Cases granted review this term | 152 | 185 | 187 |
| Cases reviewed and decided without oral argument | 86 | 82 | 103 |
| Total cases to be available for argument at outset of following term | 80 | 87 | 101 |

JULY 7, 1986